UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

IRIS ROJAS,                          :

                                     :    ORDER / JUDGMENT
                Plaintiff,
                                     :    02 Civ. 6052 (HB)
        - v. -
                                     :
MICHAEL J. ASTRUE, Commissioner
of Social Security,                  :

                Defendant.           :
- - - - - - - - - - - - - - - - - - x

   WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on February 10, 2003; and

   WHEREAS, on August 15, 2006 the Commissioner issued a favorable decision on plaintiff's application for benefits (copy attached);

   IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter Judgment.

Dated:   New York, New York
         March 24, 2009

                                    _____
                                    UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

THIS DOCUMENT WAS ENTERED
ON THE...